POTTIER & STYMUS MANUFACTURING COMPANY, Respondent, v.
AUGUSTE NOEL, Appellant.

(Argued March 16, 1893; decided April 11, 1893.)

APPEAL from judgment of the General Term of the
Superior Court of the city of New York, entered upon an
order made January 11, 1892, which affirmed a judgment in
favor of plaintiff, entered upon the report of a referee.

*Abram Kling* for appellant.

*Elbert Crandall* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____


CHARLES H. LOEBER, Appellant, v. ISAIAH L. ROBERTS,
Respondent.

(Argued March 16, 1893; decided April 11, 1893.)

APPEAL from judgment of the General Term of the
Superior Court of the city of New York, entered upon an
order made January 13, 1892, which affirmed a judgment in
favor of defendant, entered upon a decision of the court on
trial at Circuit.

*William C. Beecher* for appellant.

*Elbert Crandall* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____